AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/ Gregory T. Murphy |
| Date | Signature |
| | Print Name                              Bar Number |
| | Address |
| | City            State            Zip Code |
| | Phone Number                          Fax Number |

1  **GREGORY T. MURPHY**
California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Candido Ruiz-Cruz

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE LOUISA S. PORTER)**

11  UNITED STATES OF AMERICA,            )   Case No. 08MJ1966
                                         )
12          Plaintiff,                   )
                                         )
13  v.                                   )   **CERTIFICATE OF SERVICE**
                                         )
14  CANDIDO RUIZ-CRUZ,                   )
                                         )
15          Defendant.                   )
    _____)

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                       U.S. Attorney CR
                      Efile.dkt.gc2@usdoj.gov

21                              Respectfully submitted,

23  DATED:     July 1, 2008          /s/ Gregory T. Murphy
                                     **GREGORY T. MURPHY**
24                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Candido Ruiz-Cruz